# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOVANNY HERNANDEZ, | ) | No. CV 12-2238 DSF (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| GREG LEWIS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 4/8/13

DALE S. FISCHER
United States District Judge